NELLIE PRIOLA, Respondent, v. THE CITY OF NEW YORK, Appellant.† — Judgment affirmed, with costs, on the ground that the plaintiff established a *prima facie*

---

* Affd., 261 N. Y. 342.          † Affd., 262 N. Y. ——.

case that the street in question was a public street, and that the defendant offered no evidence to the contrary. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur; Carswell, J., dissents on authority of *Nichols Copper Co.* v. *Connolly* (208 App. Div. 667; affd., 240 N. Y. 596), and cases cited therein at page 677.